# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALYSSA AZEVEDO, AN INDIVIDUAL;
ANTONIO MANUEL AZEVEDO, AN
INDIVIDUAL; AND NOEL EVON
AZEVEDO, AN INDIVIDUAL,

Appellants,

vs.

CHRISTIAN A. DOMINGUEZ, AN
INDIVIDUAL,

Respondent.

No. 78386

**FILED**

SEP 2 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The conditional sanctions imposed on August 23, 2019, are vacated.

It is so ORDERED.

_____, C.J.

cc: Hon. Rob Bare, District Judge
Jay Young, Settlement Judge
Ranalli Zaniel Fowler & Moran, LLC/Henderson
Cogburn Law Offices
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-40025